THE HONORABLE JOHN H. CHUN
FEBRUARY 10, 2023
WITHOUT ORAL ARGUMENT
RESPONSE DATE: FEBRUARY 6, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SEATTLE AREA PLUMBING AND PIPEFITTING INDUSTRY HEALTH & WELFARE TRUST, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>J.P. FRANCIS & ASSOCIATES, INC<br><br>Defendant(s). | No. 2:21-cv-01040-JHC<br><br>**ORDER** |

THIS MATTER came regularly before the undersigned judge on Attorney for Defendant's Motion for Relief from a Deadline. No oral argument was requested.

Having reviewed the pleadings, and the court being fully informed, it is hereby ORDERED that Attorney's Motion for Relief from Deadline is GRANTED.

Dated this 9th day of February 2023.

*John H. Chun*
THE HONORABLE JOHN H. CHUN

ORDER – 1